# COMPLAINT

### (for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2017 MAR 15 P 3:09

JON W. SANFILIPPO
CLERK

(Full name of plaintiff(s))

_CASEY V. LAMB_

v.

(Full name of defendant(s))

Case Number:

**17-C-0383**

(to be supplied by Clerk of Court)

_CHRISTOPHER SCHMALING (RACINE Co. SHERIFF)_

_Advanced CORRECTIONAL Health Care (RACINE Co. Jail Contracted H.C.P.)_

_LATISHA R._ (Medical Services Supervisor)(Employed by A.C.)
JANE doe NURSE #1 (Employed By Advanced CORRECTIONAL H.C.)
JANE doe NURSE #2 (Employed BY Advanced CORRECTIONAL H.C.)

## A. PARTIES

1. Plaintiff is a citizen of _ILLINOIS_ , and is located at
(State)
_RACINE COUNTY Jail, 717 WISCONSIN AVE., FLR. 2B_
_Cell #3L, RACINE WISCONSIN, 53403_
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant _CHRISTOPHER Schmaling (RACINE Co. SHERIFF)_
(Name)
_Advanced Correctional Healthcare (RACINE Co. Jail, H.C. provider)_
_LATISHA R._ (Medical Services Supervisor)
JANE DOE NURSE #1 (Employed By Advanced CORR. H.C.)
JANE DOE NURSE #2 (Employed By Advanced CORR. H.C.)

Complaint – 1

is (if a person or (private corporation)) a citizen of _ILLinois (Advanced Collectional H.C.)_

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _Racine County Sheriff's Dept./Jail — Advanced Correctional Health Care_

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.     STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.     Who violated your rights;
2.     What each defendant did;
3.     When they did it;
4.     Where it happened; and
5.     Why they did it, if you know.

I WAS TRANSFERED TO THE RACINE Co. Jail FROM THE
ILLINOIS DEPT. OF CORRECTIONS (ON A INTERSTATE AGREEMENT ON
DETAINERS "I.A.D.") TO HAVE A FINAL DISPOSITION ON PENDING
FELONY CRIMINAL CHARGES IN THE STATE OF WISCONSIN ON
FEBRUARY 16, 2017. UPON ARRIVAL AT THE RACINE Co. Jail A
UNKNOWN DEPUTY INVENTORIED MY PROPERTY, AND THEN PROCEEDED
TO ASK ME A SERIES OF MEDICAL QUESTIONS, Although I Felt MY
MEDICAL PRIVACY Rights / HIPPA LAWS Were Being VIOLATED I
Complied AND ANSWERED All QUESTIONS TO THE BEST OF MY ABILITY.
I INFORMED THE DEPUTY OF ONGOING BACK, KNEE, ARM, AND

Complaint – 2

Severe DENTAL Medical issues THAT I HAD AND Needed prompt ATTENTION, AS Well AS Allergies THAT I Have. I EMPHASISED THAT I Needed TO SEE TRAINED Medical personell Immediately, AND was told By THE Deputy THAT A "NURSE Would see me Within 72 HOURS" AND Address All of My Medical and Dental Needs AT THAT TIME FREE OF CHARGE, No one ever saw me. I LATER Learned that I MUST pay TO get A "Medical Screening" and FurTHer pay to get any medications I needed and to see a dentist. I Also Wrote the Medical director Here, and grieved this policy, But ultimately My Grievances were denied. ON OR ABout FeB.26, 2017, I wrote THE Medical Supervisor (LATISHA R.) AND informed Her That I had Been experiencing extreme pain due to dental issues (2 cracked Teeth w/ nerves exposed) and infection was setting in. I Had recently learned that the Racine Co. Jail does not employ a dentist and if "Deemed important" (After you pay again) A Appointment May Be Made with a outside Dentist, But in the interim you just Have to deal with whatever dental issues you have. I paid for TWO "Medical Screening", Finally received a "soft diet" for 7 days, Tylenol for 3 days, and oraGel for 7days, thats all. I was told that The "Waiting list" to see a dentist is extremely long and I "Might see a dentist By April or May." (Please see all Enclosed supporting Documentation). I have Been forced to Endure (I am still enduring) extreme pain(Dental) due to the Combination of inadequate Medical/Dental Screening procedure's, and LACK of Available professional Dental Services By THe defendants. I Have put THem on Actual notice of my Medical/Dental needs and of My extreme TorTuous pain, But they Are indifferent to my serious Medical/Dental needs. I Believe my 8th Amendment Right(s) Have Been violated (amongst others) and wish to remedy this As soon as possible.

Complaint – 3

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I WISH THE COURT TO ORDER Declaratory, Injuctive, AND MONETARY Releif IF I WIN JudgmeNT AGAINST THE DEFENDANT[S], As Well AS WHATEVER THE COURT DEEMS JUST, pROPER, AND Equitable, Incuding A TRO, AND A Court aLORR TO FORCE defendants to provide Emergency Dental Care in A reasonably Timely MANNER, A Court MONITER To oversee INSTITUTION AND Implementation of Jail policy/Medical/Dental Care practice AND procedural CHANGES. MONETARY AWARD IN THE AMOUNT of $1,000,000,00 AND I WANT TO Sue AN defendants IN THEIR Official AND personal Capacities.

Complaint – 4

E.    JURY DEMAND

I want a jury to hear my case.

☒ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this _____ day of _____ 20 *17* .

Respectfully Submitted,

_____
Signature of Plaintiff

*SPN# 115016*
Plaintiff's Prisoner ID Number

*Casey v. Lamb, SPN# 115016, Racine Co. Jail, 2B, 717*
*Wisconsin Ave., Racine WI. 53403*
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☒  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5